**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 21-6522**

_____

TERRON GERHARD DIZZLEY,

        Plaintiff - Appellant,

     v.

SCOTT HIXSON, Former Solicitor of Georgetown, SC, In individual and official capacities; ERIN BAILEY, Former Solicitor of Georgetown, SC, In individual and official capacities; GEORGETOWN COUNTY SOLICITORS OFFICE, In individual and official capacities; KRISTI F. CURTIS, Circuit Judge, In individual and official capacities; WILLIAM H. SEALS, Circuit Judge for South Carolina, In individual and official capacities; SOUTH CAROLINA COURT OF APPEALS, In individual and official capacities; JOHNNY JAMES, Attorney General of South Carolina, In individual and official capacities; SOLICITORS OFFICE OF GEORGETOWN COUNTY, In individual and official capacities; RONALD HAZZARD, Public Defender, In individual and official capacities; GREGORY HEMBREE, Solicitor of Georgetown County, In individual and official capacities; ALMA Y. WHITE, Clerk of Court, In individual and official capacities; LEAH B. MOODY, Lawyer, In individual and official capacities; ELEANOR DUFFY CLEARY, Lawyer, Magistrate Judge, In individual and official capacities; DUSTIN MORRIS, Investigator, In individual and official capacities; MICHAEL THACKER, Investigator, In individual and official capacities; STEPHON BROWN, Investigator, In individual and official capacities; LANE CRIBB, Sheriff of Georgetown County, In individual and official capacities; WARDEN STEPHON, Warden of Broad River Corrections, In individual and official capacities; MR. LEROY CARTLEDGE, South Carolina Department of Corrections, In individual and official capacities; WARDEN RAVANELL, Warden of Liebra Corrections, In individual and official capacities; WARD WILLIAMS, Warden of McCormick Corrections, In individual and official capacities; ROBIN L. BLUME, Clerk of Court of Greenville District Court, In individual and official capacities,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at Charleston. Sherri A. Lydon, District Judge. (2:20-cv-02613-SAL)

---

Submitted: October 19, 2021          Decided: October 22, 2021

---

Before GREGORY, Chief Judge, AGEE, Circuit Judge, and SHEDD, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Terron Gerhard Dizzley, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terron Gerhard Dizzley appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Dizzley's 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court and deny Dizzley's motion to raise an issue for the first time on appeal. *Dizzley v. Hixson*, No. 2:20-cv-02613-SAL (D.S.C. Mar. 24, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*